FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP -5  AM 10: 30

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                                              *   Case No. CCB-11-0578

Reginald Duane Dargan, Jr.

\*\*\*\*\*\*

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, __Reginald Dargan__. I certify that: [check and complete one that applies]

☐ I am admitted to practice in this Court, and my bar number is _____.

☑ I am a member in good standing of the bar of the highest state court of __New York__

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__September 4, 2012__                          __/s/ Andrée Melttta__
Date                                                        Signature of Counsel

                                                            __Andrée Goldsmith__
                                                            Print Name

__Paul, Weiss, Rifkind, Wharton__        __202-223-7328__
Firm Address    __+ Garrison__             Phone No.

__2001 K Street, N.W.__                       __202-204-7385__
Address                                                  Fax No.

__Washington, D.C. 20001__                __agoldsmith@paulweiss.com__
City/State/Zip                                        Email Address

Please select your designation:

☐ CJA          ☐ Retained          ☐ Public Defender          ☑ Pro Bono

** **NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)