FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP -5 AM 9 36

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No. CCB-11-0578 |
| Reginald Duane Dargan, Jr. | * |

\*\*\*\*\*\*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, _Reginald Dargan_. I certify that: [check and complete one that applies]

☐ I am admitted to practice in this Court, and my bar number is _____.

☑ I am a member in good standing of the bar of the highest state court of _New York_

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_September 4, 2012_
Date

_/s/ Karen_
Signature of Counsel

_Karen Berenthal_
Print Name

_Paul, Weiss, Rifkind, Wharton + Garrison_
Firm Address

_202-223-7338_
Phone No.

_2001 K Street NW_
Address

_202-204-7387_
Fax No.

_Washington, DC 20009_
City/State/Zip

_kberenthal@paulweiss.com_
Email Address

Please select your designation:

☐ CJA    ☐ Retained    ☐ Public Defender    ☑ Pro Bono

\*\* **NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)