IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REGINALD DUANE DARGAN, JR.        :
                                                    :
     v.                                     :      CIVIL NO. CCB-15-1351
                                                    :      Criminal No. CCB-11-0578
UNITED STATES OF AMERICA      :
                                       ...o0o...

**<u>MEMORANDUM</u>**

Federal prison inmate Reginald Dargan was convicted by a jury of Hobbs Act robbery and related firearms crimes and on February 11, 2013 was sentenced to 135 months incarceration. His conviction was affirmed on direct appeal. *United States v. Dargan*, 738 F.3d 643 (4th Cir. 2013). In a timely-filed motion under § 2255 Dargan now argues that his two trial counsel were ineffective because they failed to successfully litigate motions to suppress for alleged Fourth Amendment violations. His motion has been fully reviewed and will be denied.

Dargan's counsel raised and thoroughly litigated alleged Fourth Amendment violations. A hearing was held and the motions ultimately were denied. That ruling was affirmed on appeal. *Id.* at 648-49. Dargan's supplemental "fruit of the poisonous tree" argument was considered but had no merit. *Id.* at 651.

In summary, Dargan's motion under § 2255 is based on his claim that his Fourth Amendment issues were not properly litigated by trial counsel. As the record shows that all the Fourth Amendment issues, including Dargan's supplemental issue, were litigated and rejected by both the district court and the appellate court, Dargan has not shown any basis to find ineffective assistance of counsel.

    A separate Order follows.

| | |
|---|---|
| <u>March 28, 2016</u> |         <u>/S/</u> |
| Date | Catherine C. Blake |
| | United States District Judge |